JUDGE PACOLD
MAGISTRATE JUDGE CUMMINGS
FILED
9/8/2022
MBH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 22 CR 386 |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| DEWAYNE TUCKER | ) | Code, Section 2113(a) |

The SPECIAL JULY 2021 GRAND JURY charges:

On or about January 3, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

DEWAYNE TUCKER,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $1,242 in United States currency belonging to, and in the care, custody, control, management, and possession of the PNC Bank located at 873 North Rush Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
UNITED STATES ATTORNEY