JUDGE PACOLD
MAGISTRATE JUDGE CUMMINGS
22 GJ 663

**22-CR-386**

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | M. David Weisman |
|---|---|---|---|
| CASE NUMBER | 22 CR 386 | DATE | SEPTEMBER 8, 2022 |
| CASE TITLE | U.S. v. DEWAYNE TUCKER | | |

DOCKET ENTRY TEXT

### Grand Jury Proceeding

The Grand Jury for _SPECIAL JULY 2021_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _M. David Weisman_

NO BOND SET. DETAINED BY MAGISTRATE JUDGE.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                UNDER SEAL)

Courtroom Deputy Initials: AO



FILED
9/8/2022
MBH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1