UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 22 CR 386 |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| DEWAYNE TUCKER | ) | U.S. District Court Judge |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal of the indictment in the above-captioned case pursuant to Fed.R. Crim. P. 48(a).

Counsel for the government has spoken with counsel for the defendant, who has no objection to this motion.

Date: September 9, 2022                     Respectfully submitted,

                                            JOHN R. LAUSCH, JR.
                                            United States Attorney

                                    By:     */s/ Kristin M. Pinkston*
                                            KRISTIN M. PINKSTON
                                            Assistant United States Attorney
                                            219 South Dearborn Street
                                            Chicago, Illinois 60604